# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF INDIANA

# SOUTH BEND DIVISION

| | |
|---|---|
| David Levine and Dawn Marie Levine, individuals,<br><br>     Plaintiffs,<br><br>vs.<br><br>Forest River, Inc.,<br>a Domestic Profit Corporation,<br><br>     Defendant. | Cause No.: 3:23-cv-00940-DRL-MGG |

## **REQUEST FOR SCHEDULING HEARING TO SET A SETTLEMENT CONFERENCE**

**NOW COME** Plaintiffs', David Levine and Dawn Marie Levine, by and through their attorneys, Sara Douglas, Esq., and Lemon Law Group Partners PLC, hereby requests a scheduling hearing to set a settlement conference. In support of said request, the Plaintiffs shows the Court the following:

1) The Plaintiff has conferred with the Defendant's attorneys.

2) The Plaintiff believes that a Settlement Conference would be beneficial in the attempt to Settle this case.

Plaintiff would request the Court set a scheduling hearing to set a Settlement Conference.

Respectfully submitted this July 11, 2024.

**LEMON LAW GROUP PARTNERS PLC**

By:  */s/Sara Douglass, Esq.*
Sara Douglass, Esq.
Lemon Law Group Partners PLC
48 N Emerson Ave Ste. 400
Greenwood, IN 46143
Phone: (888) 415-0610
Fax: (888) 809-7010
sarab@lemonlawgrouppartners.com
eservice@lemonlawgrouppartners.com
*Attorneys for Plaintiffs, David Levine and Dawn Marie Levine*

**CERTIFICATE OF SERVICE**

I certify that on July 11, 2024, I electronically emailed filed the foregoing to all counsel of record in this action.

Abaigeal F. Musser, #34435-49
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
amusser@taftlaw.com
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
*Attorney for Forest River, Inc.*

*/s/ Sara Douglass*
Sara Douglass, #30249-49

2