# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| DAVID LEVINE AND DAWN MARNIE LEVINE, )<br><br>Plaintiffs, )<br><br>v. )<br><br>FOREST RIVER, INC., )<br><br>Defendant. ) | Case No. 3:23-cv-00940-CCB-SJF |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Davide Levine and Dawn Marnie Levine, and Defendant, Forest River, Inc., by their respective counsel and under Federal Rule of Civil Procedure 41(a)(1)(A), stipulate to a dismissal, with prejudice, of all claims made in this action against Forest River, Inc., with each party to bear their own fees and costs.

Date: February 19, 2025.

| | |
|---|---|
| /s/Sara Douglass | /s/ Abaigeal F. Musser |
| Sara Douglass | Abaigeal F. Musser |
| Counsel for Plaintiffs | Counsel for Forest River, Inc. |
| Lemon Law Group Partners, PLC | Taft Stettinius & Hollister, LLP |
| 48 East Emerson Ave | One Indiana Square, Suite 3500 |
| Greenwood, Indiana 46143 | Indianapolis, IN 46204 |
| P: (337) 371-0375 | P:   (317)-713-3500 |
| E: sarab@lemonlawgrouppartners.com | E:amusser@taftlaw.com |