UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DAVID LEVINE, et al., | |
| Plaintiffs, | |
| v. | Case No. 3:23-CV-940-CCB-SJF |
| FOREST RIVER, INC., | |
| Defendant. | |

## ORDER

Pursuant to the Stipulation to Dismiss (ECF 24) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, each party bearing its own costs. The Clerk is **DIRECTED** to close this case.

SO ORDERED on February 21, 2025.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT